Sent-D

FILED
CLERK, U.S. DISTRICT COURT
OCT 23 2014
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )   Case No.: ED 14-416M
                          )
             Plaintiff,   )   ORDER OF DETENTION PENDING
                          )   FURTHER REVOCATION
        v.                )   PROCEEDINGS
                          )   (FED. R. CRIM. P. 32.1(a)(6); 18
Daniel Moreno-Ramos t/n   )   U.S.C. § 3143(a)(1))
   Ramos-Moreno           )
             Defendant.   )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Southern_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)  information in the Pretrial Services Report and Recommendation

    (X)  information in the violation petition and report(s)

    (X)  the defendant's nonobjection to detention at this time

    ( )  other: _____

|    |    |    |
|----|----|----|
| 1  |    | and/ or |
| 2  | B. (X) | The defendant has not met his/her burden of establishing by clear and |
| 3  |    | convincing evidence that he/she is not likely to pose a danger to the |
| 4  |    | safety of any other person or the community if released under 18 U.S.C. |
| 5  |    | § 3142(b) or (c). This finding is based on the following: |
| 6  |    | (X) information in the Pretrial Services Report and Recommendation |
| 7  |    | (X) information in the violation petition and report(s) |
| 8  |    | (X) the defendant's nonobjection to detention at this time |
| 9  |    | ( ) other: _____ |
| 10 |    |    |
| 11 |    | IT THEREFORE IS ORDERED that the defendant be detained pending the further |
| 12 |    | revocation proceedings. |
| 13 |    |    |
| 14 |    | Dated: October 23, 2014 |
| 15 |    | _____ |
|    |    | SHERI PYM |
|    |    | United States Magistrate Judge |